UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

IN RE:                                              CASE NO. 07-50277-PCY5
                                                    CHAPTER 13
THOMAS H. GRANGER
WENDY K. GRANGER

             Debtor(s)            /

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
<u>OF UNCLAIMED FUNDS</u>**

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1.  The Trustee has issued check(s) FOR: FRIEDMANS INC. which remains outstanding and uncleared.

2.  The Trustee has placed a Stop Payment Order with the bank on the check(s).

3.  The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 376102 in the amount of 20.51 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

```
                    /s/Leigh D. Hart or
                    /s/William J. Miller, Jr.
                    _____
                       OFFICE OF THE CHAPTER 13 TRUSTEE
                       POST OFFICE BOX 646
                       TALLAHASSEE, FL 32302
                       ldhecf@earthlink.net
                       (850) 681-2734 "Telephone"
                       (850) 681-3920 "Facsimile"
```

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first

```
THOMAS H. GRANGER              FRIEDMANS INC.
WENDY K. GRANGER               P.O. BOX 703048
2362 EL BETHEL CHURCH RD.      DALLAS, TX 75370
GRAND RIDGE,  FL  32442

AND

CHARLES M. WYNN, ATTY.
P.O. BOX 146
MARIANNA, FL 32447
```

on the same date as reflected on the Court's docket as the electronic filing date for this document.

```
                              /s/Leigh D. Hart or
                              /s/William J. Miller, Jr.
8/31/2009  1:27 pm / CR_213      OFFICE OF CHAPTER 13 TRUSTEE
```